**No. 09-8299. Karl David Kretser, Jr., Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1541, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1276.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 343 Fed. Appx. 987.

**No. 09-8300. Richard Orlando Mc-Cray, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1541, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1122.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 345 Fed. Appx. 498.

**No. 09-8302. Gary William West, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1541, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1172.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 333 Fed. Appx. 494.

**No. 09-8309. Jose A. Vega-Figueroa, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1542, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1415,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-8310. Freddie M. Wren, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1542, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1318.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-8313. Cornell Lorenzo Sanders, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1542, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1473.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 349 Fed. Appx. 465.

**No. 09-8314. Johnny L. Ruffin, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.**

559 U.S. 953, 130 S. Ct. 1542, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1170,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8315. Robert George Shafer, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1542, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1480.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 573 F.3d 267.

**No. 09-8319. Derrick White, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1542, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1265.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 582 F.3d 787.

**No. 09-8322. Derrick Williams, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1543, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1417,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.